[DO NOT PUBLISH]


IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 09-11874
Non-Argument Calendar
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
SEPTEMBER 22, 2009
THOMAS K. KAHN
CLERK

D. C. Docket No. 06-00052-CR-3-RV

UNITED STATES OF AMERICA,

                                                            Plaintiff-Appellee,

versus

DARYL M. LEWIS,

                                                            Defendant-Appellant.


_____

Appeal from the United States District Court
for the Northern District of Florida
_____

(September 22, 2009)

Before BLACK, BARKETT and WILSON, Circuit Judges.

PER CURIAM:

Gwendolyn Spivey, appointed counsel for Daryl M. Lewis in this direct criminal appeal, has moved to withdraw from further representation and filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record confirms that there are no issues of arguable merit on appeal. Therefore, counsel's motion to withdraw is **GRANTED**, and the denial of Lewis's 18 U.S.C. § 3582(c)(2) motion is **AFFIRMED**.